IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY G. BLAND, #109 946 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-605-WKW |
| | ) | |
| TROY KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on plaintiff's objection (Doc. # 4) to the Recommendation of the Magistrate Judge (Doc. # 3). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and plaintiff's objection, it is ORDERED that:

1.      The objection (Doc. 4) to the Recommendation of the Magistrate Judge is OVERRULED;

2.      The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

3.      This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　UNITED STATES DISTRICT JUDGE